**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE GUEVARA SR., | ) NO. CV 10-4134-ABC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LARRY SMALLS, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 8, 2010

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE